IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN WILLIAM MARSH**                                                          **PETITIONER**
**ADC #171791**

**v.**                    **Case No. 4:21-cv-00869-KGB**

**DEXTER PAYNE, Director,**                                              **RESPONDENT**
**Arkansas Division of Correction**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 10) and a motion to stay and abey submitted by petitioner John W. Marsh (Dkt. No. 8).

Judge Volpe submitted the Recommendations on February 28, 2022, recommending that this Court deny Mr. Marsh's motion to stay and abey and dismiss with prejudice Mr. Marsh's petition for a *writ of habeas corpus* (Dkt. No. 10, at 7). Judge Volpe also recommended against issuing a certificate of appealability (*Id.*). Mr. Marsh filed no response to Judge Volpe's Recommendations, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 10).

The Court dismisses Mr. Marsh's petition for a *writ of habeas corpus* with prejudice (Dkt. No. 1). The Court denies a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases and 28 U.S.C. § 2253(c)(2). The Court also denies Mr. Marsh's motion to stay and abey for the reasons set forth in the Recommendations (Dkt. No. 8).

It is so ordered this 12th day of September, 2022.

Kristine G. Baker
United States District Judge