IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN WILLIAM MARSH**                                                                                    **PETITIONER**
**ADC #171791**

v.                            Case No. 4:21-cv-00869-KGB

**DEXTER PAYNE, Director,**                                                                              **RESPONDENT**
**Arkansas Division of Correction**

### JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner John William Marsh's petition for a writ of *habeas corpus* is denied (Dkt. No. 2). The Court denies the requested relief.

It is so ordered this 12th day of September, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge